IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN W. CRITTENDEN,

    Petitioner,

v.                                CASE NO. 4:09cv166-SPM/AK

WALTER MCNEIL,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated May 19, 2009 (doc. 4). Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

2. This case is transferred to the United States District Court for the Middle District of Florida.

DONE AND ORDERED this 30th day of June, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge